408 A.2d 528

Commonwealth v. Kinley, Appellant.

Petition for Allowance of Appeal Denied Oct. 22, 1979.

Submitted September 15, 1978.   Charles J. Tague, Jr., for appellant;  William A. Keiser, District Attorney, for Commonwealth, appellee.

Before VAN der VOORT, WATKINS and MONTGOMERY, JJ.

Order affirmed.